THE LINCOLN NATIONAL BANK OF THE CITY OF NEW YORK, Respondent, *v.* JOHN PEIRCE COMPANY et al., Defendants, and McCLINTIC-MARSHALL COMPANY et al., Appellants.

(Submitted May 3, 1920; decided May 7, 1920.)

Motion for re-argument denied, with ten dollars costs and necessary printing disbursements. (See 228 N. Y. 359.)

---

MARY E. CAMPBELL, Appellant, *v.* RICHMOND LIGHT AND RAILROAD COMPANY, Respondent.

(Submitted May 4, 1920; decided May 7, 1920.)

Motion for re-argument denied, with ten dollars costs and necessary printing disbursements. (See 228 N. Y. 383.)